1  Tanya Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Jesus Sosa
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 | JESUS SOSA,                          ) No.  1:10-cv-01445-AWI-GSA
                                          )
12 |          Plaintiff,                  ) **STIPULATION FOR DISMISSAL OF**
                                          ) **ACTION; ORDER**
13 |     vs.                              )
                                          )
14 | DIAMOND DOABA ENTERPRISES, LLC,      )
   | et al.,                              )
15 |                                      )
                                          )
16 |          Defendants.                 )
                                          )
17 |_____ )

18      IT IS HEREBY STIPULATED by and between Plaintiff Jesus Sosa and Defendants

19 Diamond Doaba Enterprises LLC, dba Arco AM/PM, H & H Diamond Boss Enterprises, Inc.

20 the parties to this action, by and through their respective counsels, that pursuant to Fed. R. Civ.

21 P. 41(a)(1)(A)(ii), the above-captioned action be and hereby is dismissed with prejudice in its

22 entirety.

23

24 Date: November 18, 2010                    MOORE LAW FIRM, P.C.

25

26
                                              /s/Tanya Moore
27                                            Tanya Moore
                                              Attorney for Plaintiff
28


Stipulation for Dismissal
                                    Page 1

1  Date: November 18, 2010                    MACARTHUR & NEILSON

2

3
                                             /s/ Bruce A. Neilson
4                                            Bruce A. Neilson, Attorneys for Defendants
                                             Diamond Doaba Enterprises LLC, dba Arco
5                                            AM/PM; and H & H Diamond Boss Enterprises,
                                             Inc.
6

7                              **ORDER**

8     The parties having so stipulated,

9     IT IS HEREBY ORDERED that this action be and hereby is dismissed with prejudice in

10  its entirety.

11

12

13

14  IT IS SO ORDERED.

15  Dated:   November 18, 2010          _____
16                                       CHIEF UNITED STATES DISTRICT JUDGE

17